| Civil DOCKET | DOCKET NUMBER<br>200554CV000383 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| CASE NAME<br>WILLIAM C. ROBERTS  vs.  J C PENNY | CURRENT COURT<br>Dedham District Court<br>631 High Street<br>Dedham, MA 02026-1848<br>(781) 329-4777 |
|---|---|

| ASSOCIATED DOCKET NO. | DATE FILED<br>04/22/2005 | DATE DISPOSED<br>00/00/0000 | |
|---|---|---|---|

| PLAINTIFF(S)<br>P01  WILLIAM C. ROBERTS | PLAINTIFF'S ATTORNEY<br>DENNIS R. BROWN<br>31 WASHINGTON STREET<br>WELLESLEY, MA 02481<br>(781) 431-1340 |
|---|---|

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01  J C PENNY<br>       P.O. BOX 960001<br>       ORLANDO, FL 32896<br><br>D02  J C PENNY<br>D03  GENERAL ELECTRIC CAPITAL CORPORATION<br>D04  MONOGRAM CREDIT CARD BANK OF GEORGIA<br>D05  MONOGRAM CREDIT CARD BANK OF GEORGIA<br>                                                                    ET AL | |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 04/25/2005 | Complaint filed on 04/22/2005 at Dedham District Court. |
| 2 | 04/25/2005 | Appearance for William C. Roberts filed by Attorney DENNIS R. BROWN 31 Washington Street Wellesley MA 02481 BBO# 059980 |
| 3 | 04/25/2005 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c 262 §§ 2 & 4C). |
| 4 | 04/25/2005 | Statement of damages filed by P01  WILLIAM C. ROBERTS (Dist./Mun.Cts.Supp.R.Civ.P. 102A). |
| 5 | 04/25/2005 | ADR Uniform Counsel Certification filed by DENNIS R. BROWN 31 Washington Street  WELLESLEY MA 02481 BBO# 059980 regarding P01  WILLIAM C. ROBERTS (SJC Rule 1:18, Uniform Rules on Dispute Resolution 5). |
| 6 | 04/25/2005 | DISMISSAL UNDER MASS.R.CIV.P. 4(j) potentially applicable on 09/01/2005 04:00 PM. |
| 7 | 05/10/2005 | DISMISSAL UNDER RULE 4(J) SCHEDULED on 9/1/05 CANCELED. Reason: Other. (service.) |

| Page 1 of 2 | A TRUE COPY,<br>ATTEST: | CLERK-MAGISTRATE/ASST. CLERK<br>X  [signature] | DATE<br>10-7-05 |
|---|---|---|---|

Date/Time Printed: 06/07/2005 02:07 PM

| | | DOCKET CONTINUATION | DOCKET NUMBER<br>200554CV000383 |
|---|---|---|---|

| NO. | ENTRY DATE | DOCKET ENTRIES | |
|---|---|---|---|
| 8 | 05/10/2005 | Return of service on complaint and summons to D06 GE MONEY BANK: Certified mail returned DELIVERED; signed receipt returned, on 5/2/05. | |
| 9 | 05/10/2005 | Return of service on complaint and summons to D07 D & S, LTD: Certified mail returned DELIVERED; signed receipt returned, on 5/2/05 | |
| 10 | 05/10/2005 | DISMISSAL FOR FAILURE TO ACT ON DEFAULT UNDER JOINT STANDING ORDER 1-04 OR DIST. CT. STANDING ORDER 1-98 potentially applicable on 01/03/2006 04:00 PM. | |
| 11 | 05/11/2005 | Return of service on complaint and summons to D01 J C PENNY: Certified mail returned DELIVERED; signed receipt returned, on 4/28/05. | |
| 12 | 05/11/2005 | Return of service on complaint and summons to D04 MONOGRAM CREDIT CARD BANK OF GEORGIA: Certified mail returned DELIVERED; signed receipt returned, on 4/28/05. | |
| 13 | 05/11/2005 | Return of service on complaint and summons to D03 GENERAL ELECTRIC CAPITAL CORPORATION: Certified mail returned DELIVERED; signed receipt returned, on 4/28/05. | |
| 14 | 05/11/2005 | Return of service on complaint and summons to D08 NORTHLAND GROUP, INC.: Certified mail returned DELIVERED; signed receipt returned, 4/28/05. | |
| 15 | 05/24/2005 | DISMISSAL FAIL ACT ON DEFAULT SCHEDULED on 1/3/06 CANCELED. Reason: Other. (deft's answer filed.) | |
| 16 | 05/24/2005 | Appearance for Northland Group, Inc. filed by Attorney STEVEN S. BROADLEY Prudential Tower 800 Boylston Street Boston MA 02199-8004 BBO# 542305 | |
| 17 | 05/24/2005 | Answer filed by D08 NORTHLAND GROUP, INC. | |
| 18 | 05/24/2005 | CASE MANAGEMENT CONFERENCE SCHEDULED for 09/28/2005 09:00 AM (Dist Ct Standing Order 1-98). | |
| 19 | 05/24/2005 | Notice of case management conference sent to parties. | |
| 20 | 06/06/2005 | 6/3/05 Notice of filing of notice of removal. | |

| Page 2 of 2 | A TRUE COPY,<br>ATTEST: | CLERK-MAGISTRATE/ASST. CLERK<br>X | DATE<br>6-7-05 |
|---|---|---|---|

Date/Time Printed: 06/07/2005 02:07 PM