UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                    CIVIL ACTION NO: 05-11123RWZ

WILLIAM C. ROBERTS,                    )
    Plaintiff                              )
                                       )
    v.                                     )
                                       )
JCPENNEY, GENERAL ELECTRIC             )
CAPITAL CORPORATION, MONOGRAM          )
CREDIT CARD BANK OF GEORGIA,           )
GE MONEY BANK, D & S, LTD.,            )
and NORTHLAND GROUP, INC.              )
    Defendants                             )

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto have stipulated that this action on behalf of the Plaintiff, William C. Roberts, as to the Defendants, JCPenney, General Electric Capital Corporation, Monogram Credit Card Bank of Georgia, GE Money Bank, D & S, Ltd., and Northland Group, Inc., be dismissed with prejudice and without costs to any party.

Plaintiff                                       Defendant

                                                Northland Group, Inc.

By His Attorney,                                By Its Attorney,

_____                 _____
DENNIS R. BROWN, ESQUIRE                        STEVEN S. BROADLEY, ESQUIRE
DENNIS R. BROWN, P.C.                           POSTERNAK BLANKSTEIN & LUND LLP
31 Washington Street                            800 Boylston Street, 33rd Floor
Wellesley, MA 02481                             Boston, MA 02199-8004
(781) 431-1340                                  (617) 973-6100
BBO # 059980                                    BBO # 542305

DATED: 10/6/05                                  DATED: 10/05/2005

ref/wp/doc/wcrcreditcard/348